RECEIVED IN ALEXANDRIA, LA.
JUN 16 2009
TONY R. MOORE, CLERK
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARD EVERY | CIVIL ACTION NO. 09-0671-A |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| LA SECRETARY, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's request for temporary restraining order and/or preliminary injunction [3] is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16th day of June 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE